# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marleittia Whitacker-Reid, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 371 C.D. 2016 |
| | : | |
| Pottsgrove School District, Board of | : | |
| School Directors | : | |

**PER CURIAM**             **O R D E R**

     **NOW**, May 1, 2017, it is ordered that the above-captioned Memorandum Opinion, filed February 9, 2017, shall be designated OPINION and shall be REPORTED.